In re KELEHER. BOARD OF ELECTIONS OF CITY OF NEW YORK, Appellant, v. KELEHER, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Appeal from Special Term. Application by William T. Keleher for an order issued to the board of elections of the city of New York to compel it to strike from the enrollment book of the Fourth Election district of the Twenty-Third assembly district the name of William Heineman. From an order granting such relief, the board of elections appeals. Reversed, and motion denied. Terence Farley, for appellant.

McLAUGHLIN, J. This case cannot be distinguished from Matter of Titus, 117 App. Div. 621, 102 N. Y. Supp. 851, affirmed 188 N. Y. 585, 81 N. E. 1163. Upon the authority of that case, as well as Matter of O'Brien, 117 App. Div. 688, 102 N. Y. Supp. 845, affirmed 188 N. Y. 585, 81 N. E. 1163, and Matter of McGuire, 117 App. Div. 637, 102 N. Y. Supp. 856, affirmed 188 N. Y. 585, 81 N. E. 1163, the order here appealed from must be reversed, and the motion denied.

All concur.

KELLY, Appellant, v. BEERS et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by Sarah E. Kelly against Franklin B. Beers and another, as executors, etc., and the Albany Savings Bank.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG and SEWELL, JJ., dissent.